An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE JOINT
PETITION OF:

MARK LLOYD STURDIVANT,
Appellant,
vs.
KARIN M. STURDIVANT,
Respondent.

No. 66384

**FILED**

OCT 2 7 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

When this proper person appeal was docketed, this court gave appellant 40 days to file and serve the civil proper person appeal statement. Appellant's civil appeal statement was due in this court by October 7, 2014. To date, appellant has failed to file the civil proper person appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we therefore

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-35629

cc: Hon. Egan K. Walker, District Judge
Mark Lloyd Sturdivant
Routsis Hardy-Cooper
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A